<u>**LOCAL BANKRUPTCY FORM 2016-2(c)**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **Charles Howard** | : | |
| | : | **CASE NO. 1-19-02479** |
| **DEBTOR** | : | |

<u>**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**</u>

<u>**Instructions:**</u>  Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.**  Presumptively reasonable fees under L.B.R 2016-2(c) | |
| 1. Amount agreed to by Debtor | $4,000.00 |
| 2. Less amount paid to Attorney prior to filing petition | 1,000.00 |
| 3. Balance of compensation to be paid through plan | $3,000.00 |
| 4. Expenses advanced to be paid through plan distributions:   (describe expense and amount) | $     0.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | |
| 3. Expenses reimbursed prepetition | |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C § 503(b)(2) in the following amount based on the information above: | $3,000.00 |

|  |  |
|---|---|
| 6/19/19 | /s/ Michael S. Travis |
| Dated: _____ | _____ |
| | Michael S. Travis, Attorney for Debtor |