

**MAUSER** Packaging Solutions

| | | | |
|---|---|---|---|
| Paygroup: | USA Metals Hourly | Business Unit: | Small Packaging - Metals |
| Pay Begin Date: | 04-22-2019 | Check #: | |
| Pay End Date: | 04-28-2019 | Check Date: | 05-02-2019 |

| Charles E. Howard | Employee ID: | 5873 | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| 629 Girard Avenue | Department: | 190150 - York Can Press | Marital Status: | Single | |
| York, PA 17403 | Location: | 101016 - York | Allowances: | 1 | 0 |
| | Job Title: | H1002 - Production Operator | | | |
| | Pay Rate: | 19.53 | Addl Amt.: | 0.00 | 0.00 |

### HOURS AND EARNINGS

| | Prior Period | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 19.5300 | 40.00 | 781.20 | 608.00 | 11,857.14 |
| Overtime Straight | 19.5300 | 8.00 | 156.24 | 75.00 | 1,468.74 |
| Overtime Premium | 9.9004 | 8.00 | 79.21 | 75.00 | 744.97 |
| Shift Diff Pay | 0.3750 | 8.00 | 13.00 | 683.00 | 180.12 |
| | 0.2500 | 40.00 | | 683.00 | |
| Vacation | | | | | 937.44 |
| Holiday Pay | | | | | 854.76 |
| Holiday Pay Retroactive | | | | | 151.68 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| FIT Withheld | 93.06 | 1,434.55 |
| Social Security Employee Withh | 62.04 | 971.72 |
| Medicare Employee Withheld | 14.51 | 227.26 |
| SIT Withheld (PA) | 30.72 | 481.16 |
| SUI Employee Withheld (PA) | 0.62 | 9.72 |
| City Withheld (York) | 7.50 | 117.50 |
| PA Local Service Tax | 1.00 | 18.00 |
| School Withheld (York City SD) | 5.00 | 78.35 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| USA 401K | 61.78 | 971.66 |
| Medical | 26.92 | 484.56 |
| Vision | 2.08 | 37.44 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Loan 401K | 45.92 | 826.56 |
| Tobacco Surcharge | 5.38 | 96.84 |
| Clothing | 4.03 | 72.54 |
| Hospital Indemnity | 2.14 | 38.52 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical ER | 119.28 | 2,147.04 |
| USA 401K Employer Match | 41.19 | 647.81 |
| STD | 4.42 | 79.56 |
| Basic Life ER | 1.80 | 32.40 |
| ADD | 0.19 | 3.42 |
| Health Saving Account ER | 0.00 | 250.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTION | NET PAY |
|---|---|---|---|---|---|
| Current | 1,029.65 | 938.87 | 214.45 | 57.47 | 666.95 |
| Year to Date | 16,194.85 | 14,701.19 | 3,338.26 | 1,034.46 | 10,328.47 |

| PTO HOURS | YTD | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |



**MAUSER** Packaging Solutions

Northridge Center II, Suite 600
375 Northridge Road
Atlanta, GA 30350

| | |
|---|---|
| **Total Amount:** | 666.95 |
| **To The Account(s) of** | Charles E. Howard<br>629 Girard Avenue<br>York, PA 17403 |

Location: 101016 - York

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| SAVINGS | XXXXXXXXXXXXX7434 | 297.00 |
| SAVINGS | XXXXXXXXXX7434 | 369.95 |
| Total: | | 666.95 |

# NON-NEGOTIABLE



# MAUSER
Packaging Solutions

| | | |
|---|---|---|
| Paygroup: USA Metals Hourly | Business Unit: | Small Packaging - Metals |
| Pay Begin Date: 05-27-2019 | Check # : | |
| Pay End Date: 06-02-2019 | Check Date : | 06-06-2019 |

| Charles E. Howard | Employee ID: | 5873 | TAX DATA : | Federal | TX State |
|---|---|---|---|---|---|
| 629 Girard Avenue | Department: | 190150 - York Can Press | Marital Status: | Single | |
| York, PA 17403 | Location: | 101016 - York | Allowances: | 1 | 0 |
| | Job Title: | H1002 - Production Operator | Addl Amt.: | 0.00 | 0.00 |
| | Pay Rate: | 19.53 | | | |

## HOURS AND EARNINGS

| | --------Prior Period-------- | --------------Current-------------- | | | ---------YTD--------- | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Earnings | 19.5300 | 24.00 | 468.72 | 784.00 | 15,294.42 | |
| Holiday Pay | 19.5300 | 12.00 | 234.36 | 64.00 | 1,089.12 | |
| Shift Diff Pay | 0.2500 | 24.00 | 6.00 | 875.00 | 230.12 | |
| Overtime Straight | | | | | 1,781.22 | |
| Vacation | | | | | 937.44 | |
| Overtime Premium | | | | | 903.39 | |
| Holiday Pay Retroactive | | | | | 151.68 | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| FIT Withheld | 54.31 | 1,784.28 |
| Social Security Employee Withh | 42.16 | 1,222.66 |
| Medicare Employee Withheld | 9.87 | 285.95 |
| SIT Withheld (PA) | 20.88 | 605.42 |
| SUI Employee Withheld (PA) | 0.42 | 12.23 |
| City Withheld (York) | 5.10 | 147.84 |
| PA Local Service Tax | 1.00 | 23.00 |
| School Withheld (York City SD) | 3.40 | 98.59 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| USA 401K | 42.54 | 1,223.20 |
| Medical | 26.92 | 619.16 |
| Vision | 2.08 | 47.84 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Loan 401K | 45.92 | 1,056.16 |
| Tobacco Surcharge | 5.38 | 123.74 |
| Clothing | 4.03 | 92.69 |
| Hospital Indemnity | 2.14 | 49.22 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical ER | 119.28 | 2,743.44 |
| USA 401K Employer Match | 28.36 | 815.51 |
| STD | 4.42 | 101.66 |
| Basic Life ER | 1.80 | 41.40 |
| ADD | 0.19 | 4.37 |
| Health Saving Account ER | 0.00 | 250.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTION | NET PAY |
|---|---|---|---|---|---|
| Current | 709.08 | 637.54 | 137.14 | 129.01 | 442.93 |
| Year to Date | 20,387.39 | 18,497.19 | 4,179.97 | 3,212.01 | 12,995.41 |

| PTO HOURS | YTD | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| SAVINGS | XXXXXXXXXXXX7434 | 297.00 |
| SAVINGS | XXXXXXXXX7434 | 145.93 |
| Total: | | 442.93 |

# NON-NEGOTIABLE



| | Paygroup: | USA Metals Hourly | Business Unit: | Small Packaging - Metals |
|---|---|---|---|---|
| | Pay Begin Date: | 05-13-2019 | Check # : | |
| | Pay End Date: | 05-19-2019 | Check Date : | 05-23-2019 |

| Charles E. Howard<br>629 Girard Avenue<br>York, PA 17403 | Employee ID: | 5873 | TAX DATA : | Federal | TX State |
|---|---|---|---|---|---|
| | Department: | 190150 - York Can Press | Marital Status: | Single | |
| | Location: | 101016 - York | Allowances: | 1 | 0 |
| | Job Title: | H1002 - Production Operator | Addl Amt.: | 0.00 | 0.00 |
| | Pay Rate: | 19.53 | | | |

## HOURS AND EARNINGS

| | Prior Period | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 19.5300 | 36.00 | 703.08 | 720.00 | 14,044.50 |
| Shift Diff Pay | 0.2500 | 36.00 | 9.00 | 803.00 | 211.12 |
| Overtime Straight | | | | | 1,624.98 |
| Vacation | | | | | 937.44 |
| Holiday Pay | | | | | 854.76 |
| Overtime Premium | | | | | 824.18 |
| Holiday Pay Retroactive | | | | | 151.68 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| FIT Withheld | 54.65 | 1,636.91 |
| Social Security Employee Withh | 42.35 | 1,118.46 |
| Medicare Employee Withheld | 9.91 | 261.58 |
| SIT Withheld (PA) | 20.97 | 553.82 |
| SUI Employee Withheld (PA) | 0.43 | 11.19 |
| City Withheld (York) | 5.12 | 135.24 |
| PA Local Service Tax | 1.00 | 21.00 |
| School Withheld (York City SD) | 3.42 | 90.19 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| USA 401K | 42.72 | 1,118.88 |
| Medical | 26.92 | 565.32 |
| Vision | 2.08 | 43.68 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Loan 401K | 45.92 | 964.32 |
| Tobacco Surcharge | 5.38 | 112.98 |
| Clothing | 4.03 | 84.63 |
| Hospital Indemnity | 2.14 | 44.94 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical ER | 119.28 | 2,504.88 |
| USA 401K Employer Match | 28.48 | 745.96 |
| STD | 4.42 | 92.82 |
| Basic Life ER | 1.80 | 37.80 |
| ADD | 0.19 | 3.99 |
| Health Saving Account ER | 0.00 | 250.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTION | NET PAY |
|---|---|---|---|---|---|
| Current | 712.08 | 640.36 | 137.85 | 129.19 | 445.04 |
| Year to Date | 18,648.66 | 16,920.78 | 3,828.39 | 2,934.75 | 11,885.52 |

| PTO HOURS | YTD | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|
| | | | | Total | 0.00 |



Northridge Center II, Suite 600
375 Northridge Road
Atlanta, GA 30350

| | | DIRECT DEPOSIT DISTRIBUTION | |
|---|---|---|---|
| **Total Amount:** | 445.04 | Account Type | Account Number | Deposit Amount |
| | | SAVINGS | XXXXXXXXXXXX7434 | 297.00 |
| **To The Account(s) of** | Charles E. Howard<br>629 Girard Avenue<br>York, PA 17403 | SAVINGS | XXXXXXXXXX7434 | 148.04 |
| | | Total: | | 445.04 |
| | Location: 101016 - York | | | |

## NON-NEGOTIABLE



| Paygroup: | USA Metals Hourly | Business Unit: | Small Packaging - Metals |
| --- | --- | --- | --- |
| Pay Begin Date: | 05-06-2019 | Check # : | |
| Pay End Date: | 05-12-2019 | Check Date : | 05-16-2019 |

| Charles E. Howard<br>629 Girard Avenue<br>York, PA 17403 | Employee ID: | 5873 | TAX DATA : | Federal | TX State |
| --- | --- | --- | --- | --- | --- |
| | Department: | 190150 - York Can Press | Marital Status: | Single | |
| | Location: | 101016 - York | | | |
| | Job Title: | H1002 - Production Operator | Allowances: | 1 | 0 |
| | Pay Rate: | 19.53 | Addl Amt.: | 0.00 | 0.00 |

### HOURS AND EARNINGS

| Description | Prior Period Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular Earnings | 19.5300 | 40.00 | 781.20 | 767.00 | 13,341.42 |
| Overtime Straight | 19.5300 | 8.00 | 156.24 | 767.00 | 1,624.98 |
| Overtime Premium | 9.9004 | 8.00 | 79.21 | 83.00 | 824.18 |
| Shift Diff Pay | 0.3750 | 8.00 | 13.00 | 767.00 | 202.12 |
| | 0.2500 | 40.00 | | 767.00 | |
| Vacation | | | | | 937.44 |
| Holiday Pay | | | | | 854.76 |
| Holiday Pay Retroactive | | | | | 151.68 |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| FIT Withheld | 93.06 | 1,582.26 |
| Social Security Employee Withh | 62.04 | 1,076.11 |
| Medicare Employee Withheld | 14.51 | 251.67 |
| SIT Withheld (PA) | 30.72 | 532.85 |
| SUI Employee Withheld (PA) | 0.62 | 10.76 |
| City Withheld (York) | 7.50 | 130.12 |
| PA Local Service Tax | 1.00 | 20.00 |
| School Withheld (York City SD) | 5.00 | 86.77 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| USA 401K | 61.78 | 1,076.16 |
| Medical | 26.92 | 538.40 |
| Vision | 2.08 | 41.60 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Loan 401K | 45.92 | 918.40 |
| Tobacco Surcharge | 5.38 | 107.60 |
| Clothing | 4.03 | 80.60 |
| Hospital Indemnity | 2.14 | 42.80 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| Medical ER | 119.28 | 2,385.60 |
| USA 401K Employer Match | 41.19 | 717.48 |
| STD | 4.42 | 88.40 |
| Basic Life ER | 1.80 | 36.00 |
| ADD | 0.19 | 3.80 |
| Health Saving Account ER | 0.00 | 250.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTION | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,029.65 | 938.87 | 214.45 | 148.25 | 666.95 |
| Year to Date | 17,936.58 | 16,280.42 | 3,690.54 | 2,805.56 | 11,440.48 |

| PTO HOURS | YTD | | NET PAY DISTRIBUTION | |
| --- | --- | --- | --- | --- |
| | | | Total | 0.00 |



Northridge Center II, Suite 600
375 Northridge Road
Atlanta, GA 30350

**Total Amount:** 666.95

**To The Account(s) of**
Charles E. Howard
629 Girard Avenue
York, PA 17403

Location: 101016 - York

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
| --- | --- | --- |
| SAVINGS | XXXXXXXXXXXX7434 | 297.00 |
| SAVINGS | XXXXXXXXX7434 | 369.95 |
| Total: | | 666.95 |

# NON-NEGOTIABLE