```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 19-02479-HWV
Charles E Howard                                            Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1      User: KADavis         Page 1 of 1         Date Rcvd: Jul 15, 2019
                          Form ID: ntcnfhrg     Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
```
db            +Charles E Howard,    629 Girard Avenue,    York, PA 17403-2825
5208228       +Allison's Plumbing Heating & AC,    c/o CBY Systems Inc,    33 S Duke Street,
                York, PA 17401-1401
5208229       +Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    Camp Hill, PA 17011-6943
5208236       +James Warmbordt Esquire,    KML Law Group,    701 Market Street, Suite 5000,
                Philadelphia, PA. 19106-1541
5208232       +Lender Surgical Center,    25 Monument Road,    Suite 260,    York, PA 17403-5073
5208233       +Medical Data Systems,    2001 9th Avenue,    Suite 312,    Vero Beach, FL 32960-6413
5208235      ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage, LLC,    d/b/a Mr. Cooper,    PO Box 619096,
                Dallas, TX 75261-9741)
5208237       +The City of York, Pennsylvania,    101 South George Street,    York, PA 17401-1409
5208238        WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
5208240       +York Credit Bureau,    33 South Duke Street,    York, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5208230        E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jul 15 2019 19:56:36      Collection Center, Inc.,
                2011 Miller Road,    East Petersburg, PA 17520
5208231       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 15 2019 19:56:35
                Credit Collection Services,    725 Canton Street,    PO Box 607,    Norwood, MA 02062-0607
5208234       +E-mail/Text: Bankruptcies@nragroup.com Jul 15 2019 19:56:41      National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5208239*       Wellspan Health,    PO Box 742641,    Cincinnati, OH  45274-2641
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor 1 Charles E Howard Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Charles E Howard, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–02479–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 21, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 28, 2019  Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 15, 2019 |

ntcnfhrg (03/18)