Certificate Number: 02998-PAM-DE-033140182

Bankruptcy Case Number: 19-02479



02998-PAM-DE-033140182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 22, 2019</u>, at <u>10:43</u> o'clock <u>AM EDT</u>, <u>Charles E Howard</u> completed a course on personal financial management given <u>by telephone</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>July 22, 2019</u>                    By:     <u>/s/Erick Clark</u>

Name:  <u>Erick Clark</u>

Title:   <u>Counselor</u>