```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-02479-HWV
Charles E Howard                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: KADavis              Page 1 of 1                  Date Rcvd: Jul 24, 2019
                               Form ID: pdf010            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
```
db             +Charles E Howard,   629 Girard Avenue,   York, PA 17403-2825
5208228        +Allison's Plumbing Heating & AC,   c/o CBY Systems Inc,   33 S Duke Street,
                 York, PA 17401-1401
5208229        +Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,   Camp Hill, PA 17011-6943
5208236        +James Warmbordt Esquire,   KML Law Group,   701 Market Street, Suite 5000,
                 Philadelphia, PA. 19106-1541
5208232        +Lender Surgical Center,   25 Monument Road,   Suite 260,   York, PA 17403-5073
5208233        +Medical Data Systems,   2001 9th Avenue,   Suite 312,   Vero Beach, FL 32960-6413
5208235       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   d/b/a Mr. Cooper,   PO Box 619096,
                 Dallas, TX 75261-9741)
5208237        +The City of York, Pennsylvania,   101 South George Street,   York, PA 17401-1409
5208238         WellSpan Health,   PO Box 742641,   Cincinnati, OH 45274-2641
5208240        +York Credit Bureau,   33 South Duke Street,   York, PA 17401-1401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5208230         E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jul 24 2019 19:11:21     Collection Center, Inc.,
                 2011 Miller Road,   East Petersburg, PA 17520
5208231        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 24 2019 19:11:21
                 Credit Collection Services,   725 Canton Street,   PO Box 607,   Norwood, MA 02062-0607
5208234        +E-mail/Text: Bankruptcies@nragroup.com Jul 24 2019 19:11:23     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5208239*        Wellspan Health,   PO Box 742641,   Cincinnati, OH  45274-2641
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor 1 Charles E Howard Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| CHARLES E. HOWARD ) | NO. 19-02479 |
| ) | |
| Debtors ) | Chapter 13 |
| Movant ) | |
| vs. ) | |
| ) | |
| Charles J. DeHart, III, Esquire ) | |
| Standing Chapter 13 Trustee ) | |
| Nationstar Mortgage, LLC, dbd ) | |
| Mr. Cooper ) | |
| ) | |
| ) | |
| ) | |
| ) | |

ORDER

Upon Motion of the Debtor, Charles Howard, to continue the automatic stay, and after notice and a hearing, it here hereby

ORDERED that the automatic stay under Section 362(a) will continue as to all creditors for the duration of this chapter 13 proceeding or further order of this Court.

Dated: July 23, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)