UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES E. HOWARD : CHAPTER 13
     Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
:
     vs. :
:
CHARLES E. HOWARD :
     Respondent(s) : CASE NO. 1-19-bk-02479

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 5th day of February, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s)

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Debtor's plan violates 11 U.S.C. §1329(d)(1)(A) in that there is no hardship experienced due to COVID-19.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

          BY:                 /s/James K. Jones
                              Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   5th   day of February, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Travis, Esquire
3904 Trindle Road
Camp Hill, PA   17011

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee