Michael S. Travis
Attorney At Law
3904 Trindle Road
Camp Hill, PA 17011

Telephone (717) 731-9502
Fax (717) 731-9511


Feb. 19, 2021

ELECTRONIC LETTER ONLY
United States Bankruptcy Court
Ronald Reagan Federal Building
Office of the Clerk
228 Walnut Street
Harrisburg, PA 17101

Re:   Charles Howard**, Chapter 13 No. 19-2479**
      *Change to Mailing Matrix*

To the Clerk:

      The address on the mailing matrix to "Collection Center Inc., 2011 Miller Road East Petersburg, PA  17520" is incorrect. Please strike this address from the mailing matrix.

      The new corrected name and address of the creditor is:

      Collection Center Inc.
      5882 Wild Lilac Drive
      East Petersburg, PA  17520

      A copy of the Feb. 5, 2021 Plan Notice has been sent to this creditor at the above address. Please contact my office should you have any questions or concerns.

                              Very truly yours,

                              *Michael S. Travis*


                              Michael S. Travis
                              Attorney for Debtor(s)

MST/tjs
pc:   creditor(s) (w/notice)