# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHARLES E. HOWARD

        Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
         Movant

        CHARLES E. HOWARD

        Respondent(s)

CHAPTER 13

CASE NO:  1-19-02479-HWV

## CERTIFICATION OF DEFAULT

      AND NOW on November 29, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

    - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of November 29, 2022, the Debtor(s) is/are $2,775.00 in arrears with a plan payment having last been made on May 23, 2022.

      In accordance with said stipulation, the case may be dismissed.

                Respectfully Submitted,
                /s/  Douglas R. Roeder, Esquire
                for Jack N. Zaharopoulos, Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA  17036
                Phone:  (717) 566-6097

Dated: November 29, 2022

IN RE:   CHARLES E. HOWARD

       CHAPTER 13

    Debtor(s)

    JACK N. ZAHAROPOULOS
    CHAPTER 13 TRUSTEE
     Movant

       CASE NO:   1-19-02479-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 29, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

MICHAEL S. TRAVIS, ESQUIRE      SERVED ELECTRONICALLY
3904 TRINDLE ROAD
CAMP HILL, PA  17011-

CHARLES E. HOWARD
629 GIRARD AVENUE      SERVED BY 1ST CLASS MAIL
YORK, PA  17403-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA  17101      SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  November 29, 2022

    /s/ Matt Arcuri
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA  17036
    Phone:  (717) 566-6097
    eMail: info@pamd13trustee.com