United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                  Case No. 19-02479-HWV
Charles E Howard                                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                                         User: AutoDocke                                                 Page 1 of 2
Date Rcvd: Dec 01, 2022                                    Form ID: pdf010                                       Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles E Howard, 629 Girard Avenue, York, PA 17403-2825 |
| 5208228 | + | Allison's Plumbing Heating & AC, c/o CBY Systems Inc, 33 S Duke Street, York, PA 17401-1401 |
| 5208229 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 5208230 | + | Collection Center, Inc., 1200 Corporate Blvd, Lancaster, PA 17601-1292 |
| 5208236 | + | James Warmbordt Esquire, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA. 19106-1541 |
| 5208237 | + | The City of York, Pennsylvania, 101 South George Street, York, PA 17401-1409 |
| 5208238 | + | WellSpan Health, PO Box 15119, York, PA 17405-7119 |
| 5208240 | + | York Credit Bureau, 33 South Duke Street, York, PA 17401-1401 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5208231 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 01 2022 18:42:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5208233 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 01 2022 18:42:00 | Medical Data Systems, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 5208235 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 01 2022 18:42:00 | Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 |
| 5208234 | + | Email/Text: Bankruptcies@nragroup.com | Dec 01 2022 18:42:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5230982 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5208239 | *+ | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 5208232 | ##+ | Lender Surgical Center, 25 Monument Road, Suite 260, York, PA 17403-5073 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Michael S Travis | on behalf of Debtor 1 Charles E Howard travisattorney@protonmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Charles E Howard | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1-19-bk-02479-HWV |

Jack N Zaharopoulos, Chapter 13 Trustee
    vs.    Movant(s)

Charles E Howard

    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 1, 2022